LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
3216 W. Charleston Blvd., Suite B
Las Vegas, NV 89102
Ph: (702) 258-3034
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY RIVERA, Petitioner, vs. U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, Respondents. | Case No.: 2:11-cv–01678-PMP-VCF |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**

Petitioner, JOHNNY RIVERA, by and through his attorneys, Stovall & Associates, respectfully requests an extension of fourteen (14) calendar days to file and serve his motion for summary judgment. In support of this unopposed motion, Petitioner submits the following:

1. Pursuant to the Stipulated Briefing Schedule and Order entered by this Court on April 16, 2012, Plaintiff's Motion for Summary Judgment was required be filed no later than June 4, 2012.

2. Upon review of the Administrative Records and in preparing Plaintiff's Motion for Summary Judgment, and due to Plaintiff's counsel's workload, it became clear that additional time was needed to complete Plaintiff's motion.

3. On June 1, 2012, counsel for Plaintiff contacted Attorney for the United States, Justin Pingel who agreed to an extension until June 18, 2012, to file and serve Plaintiff's Motion for Summary Judgment and stated that he would not oppose the instant motion.

4. Plaintiff thus requests an extension of time until June 18, 2012, in which to file and serve his motion for summary judgment.

5. The instant motion is filed in good faith and not for the purpose of delay.

**WHEREFORE**, for the above stated reasons, Plaintiff respectfully request the instant unopposed motion extending time in which to file Plaintiff's motion for summary judgment to June 18, 2012, be granted.

Respectfully submitted this 6th day of June, 2012.

LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
3216 W. Charleston Blvd., Suite B
Las Vegas, Nevada 89102
Attorneys for Plaintiff

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated: June 7, 2012

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 5, 2012, I caused to be served a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT**, by electronic filing (CM/ECF) method of service to:

DANIEL G. BOGDEN
United States Attorney
JUSTIN E. PINGEL
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101

______________________________
An Employee of Stovall & Associates