LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
3216 W. Charleston Blvd., Suite B
Las Vegas, NV 89102
Ph: (702) 258-3034
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHNNY RIVERA,

        Plaintiff,

vs.

U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT,

        Defendant.

Case No.: 2:11-cv-01678-PMP-VCF

## UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE
## (SECOND REQUEST)

On July 16, Plaintiff, Johnny Rivera, filed a Motion to Extend Time to File his Motion for Summary Judgment to July 30, 2012. On July 23, this Court granted Plaintiff's Motion. Plaintiff's motion did not, however, seek to Amend the parties' Stipulated Briefing Schedule filed on June 19, 2012, leaving Defendant, the U.S. Department of Housing and Urban Development (HUD), only two weeks to file its Response to Plaintiff's Motion for Summary Judgment and Cross-Motion for Summary Judgment. Accordingly, Pursuant to Local Rules 6-1 and 16-1(c)(1), Plaintiff, Johnny Rivera, through his undersigned counsel hereby seeks the Court's order to amend the parties' briefing schedule as follows:

    1.    Plaintiff's motion for summary judgment shall be filed no later than July 30, 2012;

    2.    No later than August 27, 2012, HUD shall file a response to Plaintiff's motion for summary judgment and file a cross-motion for summary judgment;

    3.    No later than September 24, 2012, Plaintiff shall file a response to HUD's cross-motion for summary judgment and any reply in support of his motion for summary judgment; and

    4.    No later than October 22, 2012, HUD shall file any reply in support of its cross-

1  motion for summary judgment.

2  Respectfully submitted this 10th day of August, 2012.

//ss// Ross H. Moynihan
LESLIE MARK STOVALL, ESQ.
ROSS H. MOYNIHAN, ESQ.
3216 W. Charleston Blvd., Suite B
Las Vegas, Nevada 89102
Attorneys for Plaintiff

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: August 14, 2012.