DANIEL G. BOGDEN
United States Attorney
District of Nevada

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
justin.pingel@usdoj.gov

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHNNY RIVERA, | ) |
| Plaintiff, | ) Case No: 2:11-cv-01678-PMP-VCF |
| v. | ) |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME**
**(4th Request)**

Federal Defendant, U.S. Department of Housing and Urban Development (HUD), by and through its undersigned counsel, respectfully requests an extension of thirty (30) days to all remaining deadlines on the briefing schedule in this matter including Federal Defendant's response to the Motion for Summary Judgment (ECF #20) and Cross Motion for Summary Judgment. In support of this Motion, the United States submits the following:

1.  This Motion is brought in order to accommodate the parties' efforts to settle this matter.

2.  On July 16, 2012, the Plaintiff filed a Motion for Extension of Time (ECF #18) until July 30, 2012, in which to file his Motion for Summary Judgment. The Court granted this Motion on July 23, 2012 (ECF #19). The Plaintiff's Motion for Summary Judgment was filed on

1

July 30, 2012 (ECF #20), and the Defendant's response date was subsequently extended to August 27, 2012.

3.   In an effort to settle this matter, Federal Defendant has offered Plaintiff exactly what he seeks in this matter, which is to be reinstated as a 203(k) consultant for the Department of Housing and Urban Development.  Due to the schedules of Plaintiff's counsel and Defense counsel, the parties have not been able to finalize this settlement.  Although it is assumed that Plaintiff would not oppose this motion to extend, Defense counsel has been unable to communicate with Plaintiff's counsel and confirm as much.  Thus, with today being the Federal Defendant's deadline for filing its response and cross motion, this Motion to Extend is not being filed as unopposed.

4.   Federal Defendant, therefore, requests that the deadlines be extended by thirty days to accommodate the parties' efforts to settle this matter, as follows:

   a.   No later than September 26, 2012, the United States shall file a response to the Plaintiff's Motion for Summary Judgment and file a Cross Motion for Summary Judgment.

   b.   No later than October 19, 2012, Plaintiff shall file a response to the United States' Cross Motion for Summary Judgment and file any reply in support of his Motion for Summary Judgment.

   c.   No later than October 31, 2012, the United States shall file any reply in support of its Cross Motion for Summary Judgment.

///
///
///
///
///
///
///
///

5. The instant motion is filed in good faith and not for the purposes of delay.

WHEREFORE, for the above reasons, the United States respectfully requests the instant Motion extending the remaining deadlines be granted.

Respectfully submitted this 27th day of August 2012.

DANIEL G. BOGDEN
United States Attorney

*/s/ Justin Pingel*
JUSTIN E. PINGEL
Assistant United States Attorney

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED: August 28, 2012

3