DANIEL G. BOGDEN
United States Attorney
District of Nevada

JUSTIN E. PINGEL
Assistant United States Attorney
Nevada State Bar No. 10186
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
justin.pingel@usdoj.gov

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHNNY RIVERA, | ) |
| Plaintiff, | ) Case No: 2:11-cv-01678-PMP-VCF |
| v. | ) |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) |
| Defendant. | ) |

**UNOPPOSED MOTION TO STAY PROCEEDINGS**

**PENDING COMPROMISE SETTLEMENT**

Federal Defendant, U.S. Department of Housing and Urban Development (HUD), by and through its undersigned counsel, respectfully requests this Court enter a thirty-day stay of all proceedings and deadlines, including all motion and discovery deadlines, in order to allow the parties to finalize the terms of a settlement agreement and to execute and enter a Stipulation to Dismiss with Prejudice.

1

In support of this motion, the United States submits as follows:

1. Over the past several weeks the parties have been in negotiations, and have recently agreed in principal to a compromise settlement which will resolve all outstanding claims between the parties. Documents supporting this settlement are near completion.

2. Courts have broad discretion to stay proceedings for a limited time. *See Landis v. N. Am. Co.*, 299 U.S. 248, 254-55 (1936); *see also Clinton, v. Jones*, 520 U.S. 681 (1997) (courts have broad discretion in the management of cases, including the setting of cases for trial).

3. Granting a thirty-day stay of the proceedings and deadlines in this matter to allow the parties to complete the necessary actions to conclude their settlement agreement is both in the interest of the parties and is also in the interest of preserving judicial resources.

4. The instant motion is filed in good faith and not for the purposes of delay.

WHEREFORE, for the above reasons, the United States respectfully requests this Court grant a thirty-day stay of the proceedings and deadlines in this matter.

Respectfully submitted this 26th day of September 2012.

DANIEL G. BOGDEN
United States Attorney

  */s/ Justin Pingel*
JUSTIN E. PINGEL
Assistant United States Attorney

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

DATED: September 27, 2012

**PROOF OF SERVICE**

I, Justin E. Pingel, AUSA, certify that the following individual was served with the **UNOPPOSED MOTION TO STAY PROCEEDINGS PENDING COMPROMISE SETTLEMENT** on this date by the below identified method of service:

**Electronic Case Filing:**

Leslie M. Stovall
Ross H. Moynihan
3216 W. Charleston Blvd., Suite B
Las Vegas, Nevada 89102
702-258-3034   Fax 702-258-0093
ross@lesstovall.com

*Attorneys for Plaintiff*

DATED this 26th day of September 2012.

                                               */s/ Justin Pingel*
                                               JUSTIN E. PINGEL
                                               Assistant United States Attorney